NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TONY R. ROSS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7143

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3381, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 14-day extension of time, until November 4, 2010, to file his brief. Ross opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

OCT 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Tony R. Ross
     Jeffrey A. Regner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 5 2010

**JAN HORBALY**
**CLERK**